OPINION — AG — THERE ARE TWO SEPARATE DISTRICT ACTS AND HAVE NO CONNECTION OR BEARING AS TO EACH OTHER, AND THAT A HOLDER OF A `BREEDERS LICENSE' UNDER 29 O.S.H. 215, WOULD NOT HAVE TO TAKE OUT AN $500.00 COMMERCIAL BREEDERS LICENSE IN ORDER FOR HIM TO SELL CHUKAR PARTRIDGES ALIVE OR DEAD, AS PROVIDED FOR IN 29 O.S.H. 215, IRRESPECTIVE OF WHAT THE USE THE PURCHASER MIGHT MAKE OF THE SAME THEREAFTER. CITE: 29 O.S.H. 751 (J. WALKER FIELD)